UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
__TALLAHASSEE__ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

PROVIDED TO GLADES CORRECTIONAL INSTITUTION
ON __2/3/12__ __ST__
FOR MAILING

SERGIO FUENTES,
Inmate # __W31179__.
(Enter full name of Plaintiff)

vs.

CASE NO: __4:12cv56-SPM/WCS__
(To be assigned by Clerk)

Glades Work Camp Classification officer, Mrs Robin, - &
Florida Department of Corrections.

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

I. **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Sergio Fuentes
Inmate Number: W-31177
Prison or Jail: Glades Work Camp
Mailing address: 2600 North Main Street
Belleglades, Florida, 33430

II. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1) Defendant's name: Mrs Robinson
    Official position: Classification Officer - (F.D.O.C.)
    Employed at: Glades Work Camp
    Mailing address: 2600 North Main Street
    Belleglades Florida, 33430

(2) Defendant's name: Florida Department of Corrections
    Official position: Governs G.W.C
    Employed at: 501 South Calhoun Street
    Mailing address: Tallahassee, Florida, 32399

(3) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(X)

1. Parties to previous action:
   (a) Plaintiff(s): N/A
   (b) Defendant(s): N/A
2. Name of judge: N/A    Case #: N/A
3. County and judicial circuit: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A
7. Facts and claims of case: N/A
   N/A

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )   No(X)

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A    Case #: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A

7. Facts and claims of case: __N/A__

(Attach additional pages as necessary to list other federal court cases.)

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )    No(X)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): __N/A__
   b. Defendant(s): __N/A__
2. District and judicial division: __N/A__
3. Name of judge: __N/A__    Case #: __N/A__
4. Approximate filing date: __N/A__
5. If not still pending, date of dismissal: __N/A__
6. Reason for dismissal: __N/A__
7. Facts and claims of case: __N/A__

(Attach additional pages as necessary to list cases.)

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )    No(X)

1. Parties to previous action:
   a. Plaintiff(s): __N/A__
   b. Defendant(s): __N/A__
2. District and judicial division: __N/A__
3. Name of judge: __N/A__    Case Docket # __N/A__
4. Approximate filing date: __N/A__    Dismissal date: __N/A__
5. Reason for dismissal: __N/A__

6.   Facts and claims of case: ___N/A___

_____

(Attach additional pages as necessary to list cases.)

## V.  STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

In, or approximately around February 28th, 2003, I was alledged to have kidnapped or Cause a False Imprisonment on Case # 502003CF001190AXXXMB. I was never arrested or charged with this Case, and on or before February 28th 2003 the Case by the Prosecution was Dropped and abandoned. I knew and had no Reason to believe this issue would ever haunt me ever again. In or around December of 2011 and January 2012 after working out alot of Circumstances of Cases which where taken care of I was informed by Classification officer Mrs Robinson that I would not be able to work outside the gate on an outside Squad, or have my Custody dropped to Community which now would not allow me to go to Work Release. The Classifications officers Job in the Florida Department of Corrections here at Glades Work Camp and with any Institution is to make Sure to obtain from any Courts the final Disposition in any Crime, arrest or Conviction the full knowledgible Circumstances, and information to Reasonablely Come up with a professional opinion to Decide or make a decision for or against an Inmates Custody Grade. Mrs Robinson has prejudice not only my Custody, but because of her lack of Due

5

Process into obtaining information of the Circumstances has Violated my 1st amendment Rights under the U.S Constitution, but also has Violated my Civil Liberties Mrs Robinsons lack of not doing here Job and has taken a Descriminatory stance on me as in Individual and alledge's me guilty of a Crime in which I wasn't even Arrested charged, or Convicted of to Continue preventing me From obtaining the Custody It would take for me to Financially Support my family while in prison as a participant in prison work Release. I am only stating some of the the alledgements and will support my claims when asked for by proof of Documentation. I am Stating a Compliant also agiant the Florida Department of Corrects because Mrs Robinson is an employee of the Florida Department of Corrections, and as an employer stands on decisions based in Support of there employees.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

① (Due Process) if mrs Robinson would have obtained Information to this Incident for Case# 502003CF00119OAxxxMB I would have had this Case not Impair my Priviledges to go to Work Release. ② 1st U.S Constitutional amendment for Slander, and Defermation for Violating my Rights to be proven Innocent and having Mrs Robinson Alledge me guilty. ③ Civil Rights and Liberties Violation for Prejudicing me by Mrs Robinsons own biasness from going to work Release to support my family financially by her Detainment of my Custody.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

to be Allowed to exercise My Custody outside the Gate on an outside Squad, be allowed to have my Custody Dropped Down from Medium to Community to be allowed to Participate in Work Release Program Immediately. I want any Compensation I would have made while at work Release prior to this incident or Payable up to Fifty thousand Dollars $50,000 Per Defendant on Claim

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

2-2-12
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the __2__ day of __February__, 20 __12__.

(Signature of Plaintiff)

Revised 03/07