IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SERGIO FUENTES,

    Plaintiff,

v.                                        CASE NO.: 4:12cv56-SPM/CAS

CLASSIFICATION OFFICER ROBINSON
and THE FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 16). Plaintiff has been afforded an opportunity to file objections. No objections were filed. Upon consideration, I have determined that the Report and Recommendation is correct and should be adopted. Accordingly, it is hereby

    ORDERED AND ADJUDGED:

    1.    The Magistrate Judge's Report and Recommendation (doc. 16) is adopted and incorporated by reference in this order.

    2.    The Florida Department of Corrections is dismissed as a Defendant

in this case.

3. This case is transferred to the United States District Court for the Southern District of Florida, Palm Beach Division, for all further proceedings.

DONE AND ORDERED this 26th day of September, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 4:12cv56-SPM/CAS